JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY WIRELESS OF CHARLESTOWN, LLC, et al.,<br><br>Defendants. | Case No. 8:26-01744 ADS<br><br>JUDGMENT |

On November 5, 2026, the Court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendants Community Wireless of Charlestown, LLC and Timothy Carpenter (together, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

As to cause of action One for breach of contract under the Equipment Lease

Agreement, judgment is entered in this matter in favor of Balboa and against Defendant Charlestown in the total amount of $60,940.27. This represents the sum of $52,798.17 in compensatory damages, $3,369.18 in prejudgment interest, $3,711.92 in attorney fees, and $1,061.00 in costs.

As to Claims Two and Three for breach of contract under the Equipment Financing Agreement, judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of $46,564.54. This represents the sum of $40,919.84 in compensatory damages, $2,589.51 in prejudgment interest, and $3,055.19 in attorney fees.

The Clerk is ordered to enter this Judgment forthwith.

DATED: November 5, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge